**CLOSED**

AO 450 (Rev. 5/85) Judgment In a Civil Case 6

# United States District Court

DISTRICT OF NEW JERSEY

JUDGMENT IN A CIVIL CASE

MEIR SHINNAR

Plaintiff(s)

v.   CASE NUMBER: 00-2702 (DMC)

THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA

Defendant(s)

_X_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED;

_X_ Judgment be entered in favor of plaintiff MEIR SHINNAR and against defendant THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA in the amount of $788,748.00

11-23-04
Date

Hon. Dennis M. Cavanaugh, U.S.D.J.